# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI  
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

November 2, 2021

Paul A Kinne
Gingras Cates & Wachs SC
8150 Excelsior Dr
Madison, WI 53701-1808

Gesina S Carson
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707-7857

  Re:  Fader vs Telfer, et al.
        Case No. 16-CV-1107

Dear Litigants:

Today, I received the defendants' proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **November 17, 2021** whether there are objections to any of the costs.

If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **November 24, 2021** to file a response and any reply by plaintiff should be filed on or before **December 1, 2021**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

                Very truly yours,

                GINA M. COLLETTI
                Clerk of Court

      By:    s/V. Kelly Barton Terry
            Deputy Clerk